STATE of Missouri, Respondent,

v.

**Eddie Alton BOYD, Appellant.**

**No. WD 74552.**

Missouri Court of Appeals,
Western District.

March 19, 2013.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 30, 2013.

Application for Transfer Denied June 25, 2013.

Timothy A. Blackwell, Jefferson City, MO, for Respondent.

Margaret M. Johnston, Jefferson City, MO, for Appellant.

Before Division One: MARK D. PFEIFFER, Presiding Judge, VICTOR C. HOWARD, Judge and ALOK AHUJA, Judge.

## ORDER

PER CURIAM:

Eddie Boyd appeals his conviction following a jury trial of class A felony domestic assault in the first degree, section 565.072, RSMo Cum.Supp.2011, and sentence of twenty-five years imprisonment. He contends that the trial court plainly erred in (1) sustaining the State's motion

---

to disqualify defense counsel and (2) failing sua sponte to declare a mistrial during the prosecutor's closing argument. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment of conviction is affirmed. Rule 30.25(b).